# IN THE SUPREME COURT OF TEXAS

-- -- -- --

NO. 15-0285

IN THE INTEREST OF K.W. AND
P.W., CHILDREN



§
§
§
§
§
§
§

Van Zandt County,

12th District.

May 29, 2015

Petitioner's petition for review, filed herein in the above numbered and styled case, having been duly considered, is ordered, and hereby is, denied.

★ ★ ★ ★ ★ ★ ★ ★ ★ ★

I, BLAKE A. HAWTHORNE, Clerk of the Supreme Court of Texas, do hereby certify that the above and attached is a true and correct copy of the orders of the Supreme Court of Texas in the case numbered and styled as above, as the same appear of record in the minutes of said Court under the date shown.

WITNESS my hand and seal of the Supreme Court of Texas, at the City of Austin, this the 9th day of July, 2015.

Blake A. Hawthorne, Clerk

By Monica Zamarripa, Deputy Clerk